# 12-14-00117-C

---

## IN THE TWELFTH COURT OF APPEALS
## TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/5/2015 11:45:48 AM
CATHY S. LUSK
Clerk

---

### AMERICAN DREAM TEAM, INC.
*Appellant*

### vs.

### CITIZENS STATE BANK
*Appellee*

---

**An Appeal from the 173rd Judicial District Court of Henderson County, Texas**

---

### SUPPLEMENTAL BRIEF OF CITIZENS STATE BANK, APPELLEE

---

**RITCHESON, LAUFFER & VINCENT, P. C.**

**Scott A. Ritcheson**
**State Bar Number: 16942500**
*scottr@rllawfirm.net*
**Counsel for Appellee**

**821 ESE Loop 323, Suite 530**
**Tyler, TX 75701**
**(903) 535-2900**
**(903) 533-8646 – Fax**

### ATTORNEY FOR APPELLEE

TO THE HONORABLE TWELFTH COURT OF APPEALS:

Citizens State Bank ("Appellee" or "CSB") supplements its original brief as follows:

1.    CSB filed its original motion for summary judgment and supporting evidence on August 27, 2013 (I CR 75-100 and II CR 102-264). American Dream Team ("ADT") thereafter amended its petition three (3) times (III CR 266-272; III CR 464-473; III CR 491-501). CSB's amended motion for summary judgment followed to address ADT's newly plead claims. At that time, CSB also supplemented its summary judgment evidence in support of its claim for attorneys' fees. (III CR 505-532, 533-558).

2.    References in Appellee's Brief[1] to the Affidavit of Scott A. Ritcheson regarding attorneys' fees awarded by the trial court are hereby supplemented to also include the following parts of the record:

   a.    A complete copy of the *original* affidavit in support of motion for summary judgment filed on August 27, 2013 (II CR 112-119; Tab 28, Supp APPX 166 to 174); and

   b.    A complete copy of the *supplemental* affidavit in support of motion for summary judgment filed on December 20, 2013 (IV CR 538-548; Tab 29 Supp APPX 175 to 186).

---

[1]  See, Appellee's Brief pgs. 12, 36, 37 n. 18 and 39.

Respectfully submitted,

RITCHESON, LAUFFER & VINCENT, P.C.
821 ESE Loop 323, Suite 530
Tyler, Texas  75701
(903)535-2900
(903)533-8646 Facsimile

/s/ Scott A. Ritcheson

BY:_____
     SCOTT A. RITCHESON
     State Bar No. 16942500

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this document was served via e-mail and via certified mail return receipt requested to the following counsel of record on this the 5th day of March, 2015:

John Emmett
12339 Brittany Circle
Dallas, Texas 75230-2258

Raymond L. Shackelford
427 N. Gun Barrel Lane
Gun Barrel City, Texas 75156

/s/ Scott A. Ritcheson

Scott A. Ritcheson

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

3/5/2015 11:45:48 AM

CATHY S. LUSK
Clerk

# TAB 28
# ORIGINAL
# RITCHESON
# AFFIDAVIT
# (COMPLETE)

| | | |
|---|---|---|
| AMERICAN DREAM TEAM, INC. | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 173RD   JUDICIAL DISTRICT |
| | § | |
| CITIZENS STATE BANK | § | HENDERSON COUNTY, TEXAS |

## AFFIDAVIT OF SCOTT A. RITCHESON IN SUPPORT OF
## MOTION FOR SUMMARY JUDGMENT

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant, who being by me duly sworn, upon oath stated:

1.      "My name is Scott A.  Ritcheson.  I am an attorney licensed to practice law in the State of Texas. I am over eighteen (18) year of age and unless otherwise stated below I have personal knowledge of the facts stated herein. I am the attorney of record for Citizens State Bank ('CSB') in this case and I was present during each of the depositions identified in this affidavit.

2.      "Attached to this affidavit are true and correct copies of pages from the following depositions taken in this case:

Robert Blaase's deposition taken on May 30, 2013;
Heather McDougald's deposition taken on May 30, 2013;
Leland Pitts' deposition taken on May 30, 2013;
Janet Payne's deposition taken on May 30, 2013; and
Trena Davis' deposition taken on July 31, 2013.

3.      "I have been licensed to practice law in the State of Texas since 1984. I have been a member of the Texas Association of Bank Counsel for over 25 years. I am familiar with and have handled many cases involving banks, bank accounts and contract disputes.

4.      "I am personally familiar with the services provided to Defendant in the defense of this case. I am also familiar with the usual and customary attorney's fees customarily charged in the East Texas area for legal services of the nature and type involved in this case. Attached to this affidavit as Exhibit '1' is a true and correct summary of legal services and expenses incurred by Citizens State Bank in the connection with the defense of this case. In some instances confidential information is redacted and the redaction is noted by the use of the symbol '**.' The services and expenses listed on the attached were reasonable and necessary in the defense of the claims asserted by Plaintiff. Where necessary I also include in Exhibit '1' an estimate of the amount of time I think will be necessary to conclude this case through the argument of the motion for summary judgment.

5.      "A reasonable hourly rate for services rendered in this case by me is $250.00. A reasonable hourly rate for services renfered in this case by associate attorneys (such as Douglas A. Ritcheson (DAR)) is $150.00. A reasonable hourly rate for services rendered by a paralegal in this

case (such as Misty Buckingham (MB)) is $85.00 per hour. Based on all of the above, I believe a reasonable and necessary fee through the preparation and argument of the motion for summary judgment in this case is $31,250.00. Reasonable expenses total $2,275.00. Such fees and expenses are appropriate and are within the range of fees and expenses customarily charged by attorneys in East Texas for case of this type and magnitude. In the event of an appeal, an amount of $25,000.00 for attorney's fees in connection with an appeal to the Court of Appeals would be reasonable and necessary. In the event of a further appeal to the Texas Supreme Court an amount of an additional $25,000.00 for attorney's fees would be reasonable and necessary.

6. "On June 24, 2013, I sent a written demand to Plaintiff's counsel asserting and giving notice of my client's claim and right to recover its attorneys' fees, expenses and costs of court under the terms of the deposit agreement. A true and correct copy of that letter, together with the green card receipt, is attached to this affidavit as Exhibit 'DD'."



_____
SCOTT A. RITCHESON

SUBSCRIBED AND SWORN TO BEFORE ME by the said SCOTT A. RITCHESON on the ____ day of August, 2013, to certify which witness my hand and seal of office.

Misty Dawn Buckingham
Notary Public
STATE OF TEXAS
My Comm Exp. July 10, 2014

_____
NOTARY PUBLIC, STATE OF TEXAS

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this pleading (with its attachments) was served via certified mail return receipt requested and facsimile transmission to the following counsel of record on this the 23 day of August, 2013:

John Emmett
12339 Brittany Circle
Dallas, Texas 75230

_____
Scott A. Ritcheson

Exhibit "1" to Ritcheson Affidavit

Client: 4012 CSB
Matter: 0473 American Dream Team

| Matter | Date | Timekeeper | Bill | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 473 | 09/20/2012 | SR | 26810 | 2.25 | $ 250.00 | $ 562.50 | Receipt and review of client's file; Legal research regarding status of claims arising from fraudulent cashier's checks; Telephone conference with D. Monk; |
| 473 | 09/20/2012 | DL | 26810 | 0.90 | $ 90.00 | $ 81.00 | Preparation of draft of Defendant's Original Answer and Special Exception to Plaintiff's Original Petition. |
| 473 | 10/01/2012 | SR | 27111 | 0.10 | $ 250.00 | $ 25.00 | Telephone conference with K. Kidd; |
| 473 | 10/05/2012 | SR | 27111 | 0.75 | $ 250.00 | $ 187.50 | Review and revision of answer to petition; |
| 473 | 10/05/2012 | DL | 27111 | 0.20 | $ 90.00 | $ 18.00 | Preparation of correspondence to Henderson County District Clerk regarding Plaintiff's Original Answer. |
| 473 | 10/17/2012 | SR | 27111 | 2.25 | $ 250.00 | $ 562.50 | Review of discovery requests and prepare answers and responses; Preparation of first written discovery request to plaintiff; |
| 473 | 10/18/2012 | KL | 27111 | 1.50 | $ 85.00 | $ 127.50 | Assist in the preparation of Defendant's Responses to Disclosure, Request for Production and Interrogatories; Assist in the preparation of Defendant's First Discovery Request to Plaintiff; |
| 473 | 10/22/2012 | KL | 27111 | 0.50 | $ 85.00 | $ 42.50 | Drafting of certificate of written discovery, correspondence to clerk and correspondence to opposing counsel; |
| 473 | 10/22/2012 | SR | 27111 | 1.50 | $ 250.00 | $ 375.00 | Prepare, review and revise discovery responses and requests for discovery; Telephone conference with R. Bristow; |
| 473 | 10/23/2012 | KL | 27111 | 0.20 | $ 85.00 | $ 17.00 | Preparation of correspondence to opposing counsel forwarding verification page to interrogatories; |
| 473 | 11/20/2012 | SR | 27327 | 0.25 | $ 250.00 | $ 62.50 | Receipt and review of response to request for production and request for disclosure, interrogatories and requests for admissions; |
| 473 | 12/27/2012 | SR | 27649 | 1.10 | $ 250.00 | $ 275.00 | Preparation of responses to discovery requests; Preparation of correspondence to J Emmett; |
| 473 | 01/21/2013 | SR | 27840 | 0.50 | $ 250.00 | $ 125.00 | Receipt and review of correspondence from J. Emmett. Prepare deposition notices for R. Blaase and Janet Payne; Preparation of correspondence to J. Emmett; Preparation of correspondence to D. Monk; |
| 473 | 01/24/2013 | KL | 27840 | 0.50 | $ 85.00 | $ 42.50 | Drafting of two (2) deposition notices; |
| 473 | 01/27/2013 | SR | 27840 | 0.10 | $ 250.00 | $ 25.00 | Review and revision of deposition notices and correspondence; |
| 473 | 02/06/2013 | SR | 28184 | 0.15 | $ 250.00 | $ 37.50 | Receipt and review of correspondence; Telephone conference with D. Monk; |
| 473 | 02/07/2013 | SR | 28184 | 0.25 | $ 250.00 | $ 62.50 | Review and revision of deposition notices and correspondence; Telephone conference with J. Emmett; |
| 473 | 02/13/2013 | SR | 28184 | 0.50 | $ 250.00 | $ 125.00 | Telephone conference with J. Emmet; Receipt and review of correspondence from J. Emmett re depositions; Review of file in preparation for deposition; |

114

| A | B | C | D | E | F | | G | H |
|---|---|---|---|---|---|---|---|---|
| 473 | 02/14/2013 | SR | 28184 | 1.40 | $ | 250.00 | 350.00 | Preparation of correspondence to J. Emmett; Telephone conference with D. Monk; Legal research regarding **; |
| 473 | 02/15/2013 | SR | 28184 | 0.10 | $ | 250.00 | 25.00 | Review and revise correspondence; |
| 473 | 02/20/2013 | SR | 28184 | 0.20 | $ | 250.00 | 50.00 | Telephone conference with J. Emmett re request for documents in discovery; |
| 473 | 03/01/2013 | SR | 28388 | 0.15 | $ | 250.00 | 37.50 | Telephone conference with J. Emmett; |
| 473 | 05/06/2013 | SR | 28979 | 0.10 | $ | 250.00 | 25.00 | Receipt and review of correspondence from J. Emmett; |
| 473 | 05/07/2013 | SR | 28979 | 2.00 | $ | 250.00 | 500.00 | Telephone conference with J. Emmett; Review of deposit agreement re **; search on-line for witness information; Telephone conference with Trena Davis and prepare memo to file; Telephone conference with L. Pitts; Telephone conference with D. Monk; |
| 473 | 05/08/2013 | SR | 28979 | 0.10 | $ | 250.00 | 25.00 | Receipt and review of correspondence from T. Davis; |
| 473 | 05/13/2013 | SR | 28979 | 1.25 | $ | 250.00 | 312.50 | Telephone conference with J. Emmett; Preparation of correspondence to client re **; Telephone conference with Rita Bristow; Preparation of drafts of deposition notices; Preparation of motion to compel discovery; |
| 473 | 05/14/2013 | SR | 28979 | 1.75 | $ | 250.00 | 437.50 | Review and revision of motion to compel discovery and proposed order; Preparation of request for setting and proposed order setting hearing; Preparation of correspondence to J. Emmett re same; Preparation of correspondence to court re settings; |
| 473 | 05/16/2013 | SR | 28979 | 0.20 | $ | 250.00 | 50.00 | Telephone conference with J. Emmett re depositions and documents responsive to request for production; |
| 473 | 05/17/2013 | SR | 28979 | 1.50 | $ | 250.00 | 375.00 | Receipt and review of correspondence from J. Emmett; Receipt and review of documents from Trena Davis; Legal research regarding **; Telephone conference with J. Emmett; Update chronology; |
| 473 | 05/23/2013 | SR | 28979 | 0.10 | $ | 250.00 | 25.00 | Issue instructions on depositions and notice of hearing; |
| 473 | 05/29/2013 | SR | 28979 | 4.40 | $ | 250.00 | 1,100.00 | Prepare for depositions; Telephone conference with L. Pitts; Telephone conference with H. McDougald; Preparation of **; Preparation of correspondence to client; Legal research regarding **; |
| 473 | 05/29/2013 | SR | 28979 | 4.25 | $ | 250.00 | 1,062.50 | Prepare for depositions: Conference call with **; |
| 473 | 05/30/2013 | SR | 28979 | 1.20 | $ | 250.00 | 300.00 | Travel to and from Mabank to attend depositions (1/2 time); |
| 473 | 05/31/2013 | SR | 28979 | 9.30 | $ | 250.00 | 2,325.00 | Prepare for and attend depositions of L. Pitts, H. McDougald, R. Blaase and Janet Payne; |
| 473 | 06/03/2013 | SR | 29215 | 0.30 | $ | 250.00 | 75.00 | Telephone conference with J. Emmett; |
| 473 | 06/04/2013 | SR | 29215 | 0.90 | $ | 250.00 | 225.00 | Receipt and review of documents produced by Plaintiff; Preparation of proposed agreed order on motion to compel; |
| 473 | 06/04/2013 | SR | 29215 | 0.15 | $ | 250.00 | 37.50 | Telephone conference with D. Monk re ***; |
| 473 | 06/04/2013 | SR | 29215 | 0.10 | $ | 250.00 | 25.00 | Telephone conference with J. Emmett; |

SUPP APPX170

| A | B | C | D | E | F | | G | H |
|---|---|---|---|---|---|---|---|---|
| 473 | 06/05/2013 | SR | 29215 | 0.75 | $ | 250.00 | 187.50 | Review of request for production; Receipt and review of deposit information; Preparation of correspondence to L. Pitts re **; Preparation of correspondence to R. Bristow; Receipt and review of additional information from R. Bristow; |
| 473 | 06/06/2013 | SR | 29215 | 0.25 | $ | 250.00 | 62.50 | Telephone conference with J. Emmett; |
| 473 | 06/07/2013 | SR | 29215 | 0.25 | $ | 250.00 | 62.50 | Prepare research assignment; |
| 473 | 06/07/2013 | SR | 29215 | 0.25 | $ | 250.00 | 62.50 | Telephone conference with Court re motion to compel; Preparation of correspondence to Court re order on motion to compel; |
| 473 | 06/14/2013 | SR | 29215 | 0.90 | $ | 250.00 | 225.00 | Legal research regarding **; Preparation of correspondence to R. Bristow; |
| 473 | 06/20/2013 | SR | 29215 | 2.75 | $ | 250.00 | 687.50 | Preparation of counterclaim; Legal research regarding **; Prepare amended disclosure; Preparation of correspondence to American Dream Team re demand for payment; Telephone conference with J. Emmett; Preparation of deposition notice for Trena Davis; Organize discovery and pleadings; |
| 473 | 06/20/2013 | SR | 29215 | 0.30 | $ | 250.00 | 75.00 | Telephone conference with TIB representative re deposition on written questions and background information for case; |
| 473 | 06/21/2013 | SR | 29215 | 0.15 | $ | 250.00 | 37.50 | Receipt and review of correspondence from TIB; |
| 473 | 06/21/2013 | SR | 29215 | 0.90 | $ | 250.00 | 225.00 | Review and revision of answer and counterclaim, discovery responses and deposition notice; |
| 473 | 06/21/2013 | DAR | 29215 | 3.40 | $ | 150.00 | 510.00 | Legal research regarding ** |
| 473 | 06/21/2013 | MB | 29215 | 0.20 | $ | 85.00 | 17.00 | Correspondence to court reporter regarding deposition fee. |
| 473 | 06/22/2013 | SR | 29215 | 0.75 | $ | 250.00 | 187.50 | Review and revision of pleadings, discovery and assignments; |
| 473 | 06/24/2013 | DAR | 29215 | 1.80 | $ | 150.00 | 270.00 | Legal research regarding **; and Preparation of depositions on written questions. |
| 473 | 06/24/2013 | MB | 29215 | 0.20 | $ | 85.00 | 17.00 | Correspondence to counsel regarding responses to third request for production. |
| 473 | 06/25/2013 | DAR | 29215 | 2.40 | $ | 150.00 | 360.00 | Legal research regarding **; and Preparation of depositions on written questions. |
| 473 | 06/28/2013 | DAR | 29215 | 1.80 | $ | 150.00 | 270.00 | Legal research regarding **; |
| 473 | 07/01/2013 | DAR | 29465 | 3.40 | $ | 150.00 | 510.00 | Legal research regarding ** |
| 473 | 07/02/2013 | DAR | 29465 | 2.90 | $ | 150.00 | 435.00 | Legal research regarding ** |
| 473 | 07/05/2013 | DAR | 29465 | 3.40 | $ | 150.00 | 510.00 | Receipt and review of Plaintiff's Answer to Counterclaims and Plaintiffs Counterclaims; Legal research regarding ** |
| 473 | 07/08/2013 | DAR | 29465 | 2.60 | $ | 150.00 | 390.00 | Legal research regarding ** |
| 473 | 07/12/2013 | MB | 29465 | 1.40 | $ | 85.00 | 119.00 | Begin summarizing deposition of Heather McDougald. |
| 473 | 07/15/2013 | MB | 29465 | 1.20 | $ | 85.00 | 102.00 | Begin summarizing deposition of Leland Pitts. |

116

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| 473 | 07/15/2013 | DAR | 29465 | 1.00 | $ 150.00 | $ 150.00 | Office conference with S. Ritcheson regarding **; Review of documents produced and of documents related to counterfeit checks. |
| 473 | 07/15/2013 | SR | 29465 | 0.15 | $ 250.00 | $ 37.50 | Receipt and review of return of summons on Trena Davis; Preparation of correspondence to client re status of case; |
| 473 | 07/16/2013 | SR | 29465 | 0.10 | $ 250.00 | $ 25.00 | Receipt and review of correspondence from L. Pitts; Preparation of correspondence to client; |
| 473 | 07/16/2013 | DAR | 29465 | 1.20 | $ 150.00 | $ 180.00 | Drafting of Business Records Affidavits. |
| 473 | 07/16/2013 | MB | 29465 | 2.10 | $ 85.00 | $ 178.50 | Continuing deposition summary of Leland Pitts. |
| 473 | 07/17/2013 | MB | 29465 | 2.20 | $ 85.00 | $ 187.00 | Finished summarizing deposition of Leland Pitts. |
| 473 | 07/17/2013 | MB | 29465 | 0.50 | $ 85.00 | $ 42.50 | Begin summarizing deposition of Janet Payne ** |
| 473 | 07/17/2013 | DAR | 29465 | 2.60 | $ 150.00 | $ 390.00 | Legal research regarding ** |
| 473 | 07/17/2013 | SR | 29465 | 0.25 | $ 250.00 | $ 62.50 | Review of loan documents; Telephone conference with J. Emmett; |
| 473 | 07/18/2013 | DAR | 29465 | 1.80 | $ 150.00 | $ 270.00 | Telephone conferences with TIB and Michelle Arvo regarding counterfeit checks and Business Records Affidavit; Telephone conference with Symcor Inc. representative regarding counterfeit checks from Bank of Montreal regarding counterfeit checks; Telephone conferences with head of governance at Bank of Montreal regarding counterfeit checks; Telephone conferences with BMo account manager for Axa Insurance regarding counterfeit checks and business records affidavit. |
| 473 | 07/19/2013 | DAR | 29465 | 1.10 | $ 150.00 | $ 165.00 | Telephone conference with Michelle Arvo regarding business records affidavit; |
| 473 | 07/19/2013 | MB | 29465 | 3.00 | $ 85.00 | $ 255.00 | Finish summarizing deposition of Janet payne. |
| 473 | 07/22/2013 | MB | 29465 | 3.50 | $ 85.00 | $ 297.50 | Begin summarizing deposition of Robert Blaase. |
| 473 | 07/23/2013 | MB | 29465 | 1.80 | $ 85.00 | $ 153.00 | Finished summarizing deposition of Robert Blaase. |
| 473 | 07/25/2013 | DAR | 29465 | 4.10 | $ 150.00 | $ 615.00 | Legal research regarding ** |
| 473 | 07/26/2013 | DAR | 29465 | 2.10 | $ 150.00 | $ 315.00 | Drafting of summary judgment arguments regarding waiver of claims not included in recent pleading, and Legal research regarding limitations on damages. |
| 473 | 07/30/2013 | SR | 29465 | 0.75 | $ 250.00 | $ 187.50 | Prepare for deposition of Trena Davis; |
| 473 | 07/30/2013 | MB | 29465 | 0.10 | $ 85.00 | $ 8.50 | Telephone call with deposition resources confirming deposition of Treena Davis. |
| 473 | 07/31/2013 | SR | 29465 | 7.00 | $ 250.00 | $ 1,750.00 | Prepare for deposition; Travel to and from Mabank; attendance at deposition of Trena Davis; |
| 473 | 07/31/2013 | SR | 29465 | 0.15 | $ 250.00 | $ 37.50 | Telephone conference with D. Monk re ***; |
| **Sub-Total to 7/31/2013** | | | | 110.40 | | $ 20,745.50 | |
| **Est. Preparing and Arguing Summary Judgment** | | | | | | | |
| | | SR | | 25 | $ 250.00 | $ 6,250.00 | |
| | | DAR | | 20 | $ 150.00 | $ 3,000.00 | |
| | | MB | | 15 | $ 85.00 | $ 1,275.00 | |
| **Total:** | | | | 170.40 | | $ 31,270.50 | |

117



EXHIBIT

DD

# RITCHESON, LAUFFER & VINCENT

**A PROFESSIONAL CORPORATION**
**ATTORNEYS AT LAW**
TWO AMERICAN CENTER
821 ESE LOOP 323, SUITE 530
TYLER, TEXAS 75701

SCOTT A. RITCHESON
CHARLES E. LAUFFER, JR.
LANCE VINCENT
DREW GILLEN
DOUGLAS A. RITCHESON

TEL: (903) 535-2900
FAX: (903) 533-8646

scottr@rllawfirm.net

June 24, 2013

*Via Certified Mail, RRR*
John Emmett
12339 Brittany Circle
Dallas, Texas 75230

**Certified Article Number**

7196 9008 9111 8463 0023

**SENDERS RECORD**

Re:     Cause No. 2012A-0911; American Dream Team, Inc. V. Citizens State Bank. In the 173rd Judicial District Court, Henderson County, Texas

Dear Mr. Emmett:

Enclosed is a copy of my client's first amended answer and counterclaim filed in this case. Please consult the enclosed counter-claim for description of my client's claims under the terms of the Deposit Agreement, the Texas Business & Commerce Code, the Texas Civil Practice and Remedies Code and applicable federal law. Demand is hereby made upon your client, American Dream Team, Inc. to pay to my client its damages and costs which through May 31, 2013 total $13,255.00. These costs and expenses are my client's attorneys' fees, court costs and other expenses incident and related to the defense of this action. My client's damages continue to increase as this case progresses.

Sincerely,

Scott A. Ritcheson

SAR/mb
Enclosure
Cc:     David Monk (w/encl., via email)
        Leland Pitts (w/encl., via email)

118

2. Article Number

7196 9008 9111 8463 0023

3. Service Type  **CERTIFIED MAIL™**

4. Restricted Delivery? *(Extra Fee)*  [ ] Yes

1. Article Addressed to:

John Emmett
12339 Brittany Circle
Dallas, TX 75230

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  |  B. Date of Delivery
6-25-13

C. Signature

X John Emmett

[ ] Agent
[ ] Addressee

D. Is delivery address different from item 1?  [ ] Yes
If YES, enter delivery address below:  [ ] No

**Reference Information**

CSB/American Dream Team

SAR/mb

PS Form 3811, January 2005          Domestic Return Receipt

119

# TAB 29
## SUPPLEMENTAL
## RITCHESON
## AFFIDAVIT

## CAUSE NO. 2012A-0911

| | | |
|---|---|---|
| AMERICAN DREAM TEAM, INC. | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 173RD  JUDICIAL DISTRICT |
| | § | |
| CITIZENS STATE BANK | § | HENDERSON COUNTY, TEXAS |

## SUPPLEMENTAL AFFIDAVIT OF SCOTT A. RITCHESON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant, who being by me duly sworn, upon oath stated:

1.      "My name is Scott A. Ritcheson. I am an attorney licensed to practice law in the State of Texas. I am over eighteen (18) year of age and unless otherwise stated below I have personal knowledge of the facts stated herein. I am the attorney of record for Citizens State Bank ('CSB') in this case and I was present during each of the depositions identified in this affidavit.

2.      "I have been licensed to practice law in the State of Texas since 1984. I have been a member of the Texas Association of Bank Counsel for over 25 years. I am familiar with and have handled many cases involving banks, bank accounts and contract disputes.

3.      "I am personally familiar with the services provided to Defendant in the defense of this case. I am also familiar with the usual and customary attorney's fees customarily charged in the East Texas area for legal services of the nature and type involved in this case. Attached to this affidavit as Exhibit '1' is a true and correct summary of legal services and expenses incurred by Citizens State Bank in the connection with the defense of this case. In some instances confidential information is redacted and the redaction is noted by the use of the symbol '**.' The services and expenses listed on the attached were reasonable and necessary in the defense of the claims asserted by Plaintiff. Where necessary I also include in Exhibit '1' an estimate of the amount of time I think will be necessary to conclude this case through the argument of the motion for summary judgment.

4.      "After the date of my original affidavit filed in this case, additional fees and expenses have been incurred on behalf of Citizens State Bank. This affidavit includes a description in Exhibit '1' of the fees and expenses described in the original affidavit and the additional services and costs incurred in the prosecution and defense of this case. The entries stated on Exhibit '1' were entered on or about the dates indicated and by the persons who rendered the services described. These entries are kept in the ordinary course of this law firm's business and are a part of this firm's business records.

5.      "A reasonable hourly rate for services rendered in this case by me is $250.00. A reasonable hourly rate for services renfered in this case by associate attorneys (such as Douglas A. Ritcheson (DAR)) is $150.00. A reasonable hourly rate for services rendered by a paralegal in this case (such as Misty Buckingham (MB)) is $85.00 per hour. Based on all of the above, I believe a

538

reasonable and necessary fee through the preparation and argument of the motion for summary judgment in this case is $42,938.00. Reasonable expenses total $4,091.00. Such fees and expenses are appropriate and are within the range of fees and expenses customarily charged by attorneys in East Texas for case of this type and magnitude. In the event of an appeal, an amount of $25,000.00 for attorney's fees in connection with an appeal to the Court of Appeals would be reasonable and necessary. In the event of a further appeal to the Texas Supreme Court an amount of an additional $25,000.00 for attorney's fees would be reasonable and necessary.

SCOTT A. RITCHESON

SUBSCRIBED AND SWORN TO BEFORE ME by the said SCOTT A. RITCHESON on the ___ day of December, 2013, to certify which witness my hand and seal of office.



Misty Dawn Buckingham
Notary Public
STATE OF TEXAS
My Comm Exp. July 10, 2014

NOTARY PUBLIC, STATE OF TEXAS

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this pleading (with its attachments) was served via certified mail return receipt requested and facsimile transmission to the following counsel of record on this the 20th day of December, 2013:

John Emmett
12339 Brittany Circle
Dallas, Texas 75230

Raymond L. Shackelford, III
427 N. Gun Barrel Ln.
Gun Barrel City, TX 75156

Scott A. Ritcheson

EXHIBIT
1
540
SUPP APPX178

Exhibit "1" to Ritcheson Affidavit

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client: | 4012 | CSB | | | | | |
| Matter: | 0473 | American Dream Team | | | | | |
| Matter: | | | | | | | |

| Matter | Date | Timekeeper | Bill | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 473 | 09/20/2012 | SR | 26810 | 2.25 | $ 250.00 | $ 562.50 | Receipt and review of client's file; Legal research regarding status of claims arising from fraudulent cashier's checks; Telephone conference with D. Monk; |
| 473 | 09/20/2012 | DL | 26810 | 0.90 | $ 90.00 | $ 81.00 | Preparation of draft of Defendant's Original Answer and Special Exception to Plaintiff's Original Petition. |
| 473 | 10/01/2012 | SR | 27111 | 0.10 | $ 250.00 | $ 25.00 | Telephone conference with K. Kidd; |
| 473 | 10/05/2012 | SR | 27111 | 0.75 | $ 250.00 | $ 187.50 | Review and revision of answer to petition; |
| 473 | 10/05/2012 | DL | 27111 | 0.20 | $ 90.00 | $ 18.00 | Preparation of correspondence to Henderson County District Clerk regarding Plaintiff's Original Answer. |
| 473 | 10/17/2012 | SR | 27111 | 2.25 | $ 250.00 | $ 562.50 | Review of discovery requests and prepare answers and responses; Preparation of first written discovery request to plaintiff; |
| 473 | 10/18/2012 | KL | 27111 | 1.50 | $ 85.00 | $ 127.50 | Assist in the preparation of Defendant's Responses to Disclosure, Request for Production and Interrogatories; Assist in the preparation of Defendant's First Discovery Request to Plaintiff; |
| 473 | 10/22/2012 | KL | 27111 | 0.50 | $ 85.00 | $ 42.50 | Drafting of certificate of written discovery, correspondence to clerk and correspondence to opposing counsel; |
| 473 | 10/22/2012 | SR | 27111 | 1.50 | $ 250.00 | $ 375.00 | Prepare, review and revise discovery responses and requests for discovery; Telephone conference with R. Bristow; |
| 473 | 10/23/2012 | KL | 27111 | 0.20 | $ 85.00 | $ 17.00 | Preparation of correspondence to opposing counsel forwarding verification page to interrogatories; |
| 473 | 11/20/2012 | SR | 27327 | 0.25 | $ 250.00 | $ 62.50 | Receipt and review of response to request for production and request for disclosure, interrogatories and requests for admissions; |
| 473 | 12/27/2012 | SR | 27649 | 1.10 | $ 250.00 | $ 275.00 | Preparation of responses to discovery requests; Preparation of correspondence to J. Emmett; |
| 473 | 01/21/2013 | SR | 27840 | 0.50 | $ 250.00 | $ 125.00 | Receipt and review of correspondence from J. Emmett; Prepare deposition notices for R. Blaase and Janet Payne; Preparation of correspondence to J. Emmett; Preparation of correspondence to D. Monk; |
| 473 | 01/24/2013 | KL | 27840 | 0.50 | $ 85.00 | $ 42.50 | Drafting of two (2) deposition notices; |
| 473 | 01/27/2013 | SR | 27840 | 0.10 | $ 250.00 | $ 25.00 | Review and revision of deposition notices and correspondence; |
| 473 | 02/06/2013 | SR | 28184 | 0.15 | $ 250.00 | $ 37.50 | Receipt and review of correspondence; Telephone conference with D. Monk; |
| 473 | 02/07/2013 | SR | 28184 | 0.25 | $ 250.00 | $ 62.50 | Review and revision of deposition notices and correspondence; Telephone conference with J. Emmett; |
| 473 | 02/13/2013 | SR | 28184 | 0.50 | $ 250.00 | $ 125.00 | Telephone conference with J. Emmett; Receipt and review of correspondence from J. Emmett re depositions; Review of file in preparation for deposition; |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 23 | 473 | 02/14/2013 | SR | 28184 | 1.40 | $ 250.00 | $ 350.00 | Preparation of correspondence to J. Emmett; Telephone conference with D. Monk; Legal research regarding **; |
| 24 | 473 | 02/15/2013 | SR | 28184 | 0.10 | $ 250.00 | $ 25.00 | Review and revise correspondence; |
| 25 | 473 | 02/20/2013 | SR | 28184 | 0.20 | $ 250.00 | $ 50.00 | Telephone conference with J. Emmett re request for documents in discovery; |
| 26 | 473 | 03/01/2013 | SR | 28388 | 0.15 | $ 250.00 | $ 37.50 | Telephone conference with J. Emmett; |
| 27 | 473 | 05/06/2013 | SR | 28979 | 0.10 | $ 250.00 | $ 25.00 | Receipt and review of correspondence from J. Emmett; |
| 28 | 473 | 05/07/2013 | SR | 28979 | 2.00 | $ 250.00 | $ 500.00 | Telephone conference with J. Emmett; Review of deposit agreement re **; search on-line for witness information; Telephone conference with Trena Davis and prepare memo to file; Telephone conference with L. Pitts; Telephone conference with D. Monk; |
| 29 | 473 | 05/08/2013 | SR | 28979 | 0.10 | $ 250.00 | $ 25.00 | Receipt and review of correspondence from T. Davis; |
| 30 | 473 | 05/13/2013 | SR | 28979 | 1.25 | $ 250.00 | $ 312.50 | Telephone conference with J. Emmett; Preparation of correspondence to client re **; Telephone conference with Rita Bristow; Preparation of drafts of deposition notices; Preparation of motion to compel discovery; |
| 31 | 473 | 05/14/2013 | SR | 28979 | 1.75 | $ 250.00 | $ 437.50 | Review and revision of motion to compel discovery and proposed order; Preparation of request for setting and proposed order setting hearing; Preparation of correspondence to J. Emmett re same; Preparation of correspondence to court re settings; |
| 32 | 473 | 05/16/2013 | SR | 28979 | 0.20 | $ 250.00 | $ 50.00 | Telephone conference with J. Emmett re depositions and documents responsive to request for production; |
| 33 | 473 | 05/17/2013 | SR | 28979 | 1.50 | $ 250.00 | $ 375.00 | Receipt and review of correspondence from J. Emmett; Receipt and review of documents from Trena Davis; Legal research regarding **; Telephone conference with J. Emmett; Update chronology; |
| 34 | 473 | 05/23/2013 | SR | 28979 | 0.10 | $ 250.00 | $ 25.00 | Issue instructions on depositions and notice of hearing; |
| 35 | 473 | 05/29/2013 | SR | 28979 | 4.40 | $ 250.00 | $ 1,100.00 | Prepare for depositions; Telephone conference with L. Pitts; Telephone conference with H. McDougald; Preparation of **; Preparation of correspondence to court re research regarding **; |
| 36 | 473 | 05/29/2013 | SR | 28979 | 4.25 | $ 250.00 | $ 1,062.50 | Prepare for depositions; Conference call with **; |
| 37 | 473 | 05/30/2013 | SR | 28979 | 1.20 | $ 250.00 | $ 300.00 | Travel to and from Mabank to attend depositions (1/2 time); |
| 38 | 473 | 05/31/2013 | SR | 28979 | 9.30 | $ 250.00 | $ 2,325.00 | Prepare for and attend depositions of L. Pitts, H. McDougald, R. Blaase and Janet Payne; |
| 39 | 473 | 06/03/2013 | SR | 29215 | 0.30 | $ 250.00 | $ 75.00 | Telephone conference with J. Emmett; |
| 40 | 473 | 06/04/2013 | SR | 29215 | 0.90 | $ 250.00 | $ 225.00 | Receipt and review of documents produced by Plaintiff; Preparation of proposed agreed order on motion to compel; |
| 41 | 473 | 06/04/2013 | SR | 29215 | 0.15 | $ 250.00 | $ 37.50 | Telephone conference with D. Monk re **; |
| 42 | 473 | 06/04/2013 | SR | 29215 | 0.10 | $ 250.00 | $ 25.00 | Telephone conference with J. Emmett; |

SUPP APPX179

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| 473 | 06/05/2013 | SR | 29215 | 0.75 | $ 250.00 | $ 187.50 | Review of request for production; Receipt and review of deposit information; Receipt and review of correspondence to R. Bristow; Preparation of correspondence to R. Bristow; Receipt and review of additional information from R. Bristow. |
| 473 | 06/06/2013 | SR | 29215 | 0.25 | $ 250.00 | $ 62.50 | Telephone conference with J. Emmett; |
| 473 | 06/07/2013 | SR | 29215 | 0.25 | $ 250.00 | $ 62.50 | Prepare research assignment; |
| 473 | 06/07/2013 | SR | 29215 | 0.25 | $ 250.00 | $ 62.50 | Telephone conference with Court re motion to compel; Preparation of correspondence to Court re order on motion to compel; |
| 473 | 06/14/2013 | SR | 29215 | 0.90 | $ 250.00 | $ 225.00 | Legal research regarding **; Preparation of correspondence to R. Bristow. |
| 473 | 06/20/2013 | SR | 29215 | 2.75 | $ 250.00 | $ 687.50 | Preparation of counterclaim; Legal research regarding **; Prepare amended disclosure; Preparation of correspondence to American Dream Team re demand for payment; Telephone conference with J. Emmett; Preparation of deposition notice for Trena Davis; Organize discovery and pleadings; |
| 473 | 06/20/2013 | SR | 29215 | 0.30 | $ 250.00 | $ 75.00 | Telephone conference with TIB representative re deposition on written questions and background information for case; |
| 473 | 06/21/2013 | SR | 29215 | 0.15 | $ 250.00 | $ 37.50 | Receipt and review of correspondence from TIB; |
| 473 | 06/21/2013 | SR | 29215 | 0.90 | $ 250.00 | $ 225.00 | Review and revision of answer and counterclaim, discovery responses and deposition notice; |
| 473 | 06/21/2013 | DAR | 29215 | 3.40 | $ 150.00 | $ 510.00 | Legal research regarding **. |
| 473 | 06/22/2013 | SR | 29215 | 0.75 | $ 250.00 | $ 187.50 | Review and revision of pleadings, discovery and assignments; |
| 473 | 06/24/2013 | DAR | 29215 | 1.80 | $ 150.00 | $ 270.00 | Legal research regarding **; and Preparation of depositions on written questions. |
| 473 | 06/24/2013 | MB | 29215 | 0.20 | $ 85.00 | $ 17.00 | Correspondence to court reporter regarding deposition fee. |
| 473 | 06/24/2013 | MB | 29215 | 0.20 | $ 85.00 | $ 17.00 | Correspondence to counsel regarding responses to third request for production. |
| 473 | 06/25/2013 | DAR | 29215 | 2.40 | $ 150.00 | $ 360.00 | Legal research regarding **; and Preparation of depositions on written questions. |
| 473 | 06/28/2013 | DAR | 29215 | 1.80 | $ 150.00 | $ 270.00 | Legal research regarding **; |
| 473 | 07/01/2013 | DAR | 29465 | 3.40 | $ 150.00 | $ 510.00 | Legal research regarding **. |
| 473 | 07/02/2013 | DAR | 29465 | 2.90 | $ 150.00 | $ 435.00 | Legal research regarding **. |
| 473 | 07/05/2013 | DAR | 29465 | 3.40 | $ 150.00 | $ 510.00 | Receipt and review of Plaintiff's Answer to Counterclaims and Plaintiff's Counterclaims; Legal research regarding **. |
| 473 | 07/08/2013 | DAR | 29465 | 2.60 | $ 150.00 | $ 390.00 | Legal research regarding **. |
| 473 | 07/12/2013 | MB | 29465 | 1.40 | $ 85.00 | $ 119.00 | Begin summarizing deposition of Heather McDougald. |
| 473 | 07/15/2013 | MB | 29465 | 1.20 | $ 85.00 | $ 102.00 | Begin summarizing deposition of Leland Pitts. |

542

SUPP APPX180

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| 473 | 07/15/2013 | DAR | 29465 | 1.00 | $ 150.00 | 150.00 | Office conference with S. Ritcheson regarding **; Review of documents produced and of documents related to counterfeit checks. |
| 473 | 07/16/2013 | SR | 29465 | 0.15 | $ 250.00 | 37.50 | Receipt and review of return of summons on Trena Davis; Preparation of correspondence to client re status of case; |
| 473 | 07/16/2013 | SR | 29465 | 0.10 | $ 250.00 | 25.00 | Receipt and review of correspondence from L. Pitts; Preparation of correspondence to client; |
| 473 | 07/16/2013 | DAR | 29465 | 1.20 | $ 150.00 | 180.00 | Drafting of Business Records Affidavits. |
| 473 | 07/16/2013 | MB | 29465 | 2.10 | $ 85.00 | 178.50 | Continuing deposition summary of Leland Pitts. |
| 473 | 07/17/2013 | MB | 29465 | 2.20 | $ 85.00 | 187.00 | Finished summarizing deposition of Leland Pitts. |
| 473 | 07/17/2013 | MB | 29465 | 0.50 | $ 85.00 | 42.50 | Begin summarizing deposition of Janet Payne |
| 473 | 07/17/2013 | DAR | 29465 | 2.60 | $ 150.00 | 390.00 | Finished summarizing deposition of Janet Payne **. |
| 473 | 07/17/2013 | SR | 29465 | 0.25 | $ 250.00 | 62.50 | Review of loan documents; Telephone conference with J. Emmett; |
| 473 | 07/18/2013 | DAR | 29465 | 1.80 | $ 150.00 | 270.00 | Telephone conferences with Symcor Inc. representative regarding counterfeit checks from Bank of Montreal; Telephone conferences with TIB and Michelle Arvo regarding counterfeit checks and Business Records Affidavit; Telephone conference with head of governance at Bank of Montreal regarding counterfeit checks; Telephone conference with BMo account manager for Axa Insurance regarding counterfeit checks and business records affidavit. |
| 473 | 07/19/2013 | DAR | 29465 | 1.10 | $ 150.00 | 165.00 | Telephone conference with Michelle Arvo regarding business records affidavit; |
| 473 | 07/19/2013 | MB | 29465 | 3.00 | $ 85.00 | 255.00 | Finish summarizing deposition of Janet payne. |
| 473 | 07/22/2013 | MB | 29465 | 3.50 | $ 85.00 | 297.50 | Begin summarizing deposition of Robert Blaase. |
| 473 | 07/23/2013 | MB | 29465 | 1.80 | $ 85.00 | 153.00 | Finished summarizing deposition of Robert Blaase. |
| 473 | 07/25/2013 | DAR | 29465 | 4.10 | $ 150.00 | 615.00 | Legal research regarding **. |
| 473 | 07/26/2013 | DAR | 29465 | 2.10 | $ 150.00 | 315.00 | Drafting of summary judgment arguments regarding waiver of claims not included in recent pleading, and Legal research regarding limitations on damages. |
| 473 | 07/30/2013 | SR | 29465 | 0.75 | $ 250.00 | 187.50 | Prepare for deposition of Treena Davis; |
| 473 | 07/30/2013 | MB | 29465 | 0.10 | $ 85.00 | 8.50 | Telephone call with deposition resources confirming deposition of Treena Davis. |
| 473 | 07/31/2013 | SR | 29465 | 7.00 | $ 250.00 | 1,750.00 | Prepare for deposition; Travel to and from Mabank; attendance at deposition of Trena Davis. |
| 473 | 07/31/2013 | SR | 29465 | 0.15 | $ 250.00 | 37.50 | Telephone conference with D. Monk re **; |
| 473 | 08/01/2013 | SR | 29744 | 0.50 | $ 250.00 | 125.00 | Outline motion for summary judgment; |
| 473 | 08/02/2013 | SR | 29744 | 0.25 | $ 250.00 | 0.00 | Office conference with D. Ritcheson re motion for summary judgment; |
| 473 | 08/02/2013 | DAR | 29744 | 1.80 | $ 150.00 | 270.00 | Office conference with S. Ritcheson regarding planning for motion for summary judgment; and Preparation of outline for motion for summary judgment. |
| 473 | 08/05/2013 | DAR | 29744 | 1.90 | $ 150.00 | 285.00 | Preparation of Motion for Summary Judgment; and Legal research regarding **. |
| 473 | 08/07/2013 | DAR | 29744 | 2.40 | $ 150.00 | 360.00 | Legal research regarding **. |
| 473 | 08/07/2013 | MB | 29744 | 1.00 | $ 85.00 | 85.00 | Begin summarizing deposition of Treena Davis. |
| 473 | 08/08/2013 | MB | 29744 | 1.00 | $ 85.00 | 85.00 | Continuation of summarizing deposition of Treena Davis. |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 92 | 473 | 08/08/2013 | DAR | 29744 | 2.70 | 150.00 | 405.00 | Legal research regarding "". |
| 93 | 473 | 08/09/2013 | DAR | 29744 | 3.30 | 150.00 | 495.00 | Legal research regarding "'e and preemptive effect on non-contract claims; and Office conference with S. Ritcheson regarding '". |
| 94 | 473 | 08/09/2013 | SR | 29744 | 0.25 | 250.00 | 62.50 | Review and revision of answer to counterclaims; |
| 95 | 473 | 08/09/2013 | SR | 29744 | 0.40 | 250.00 | 100.00 | Prepare motion for summary judgment; |
| 96 | 473 | 08/09/2013 | MB | 29744 | 0.20 | 85.00 | 0.00 | Correspondence to clerk regarding amended answer to file. |
| 97 | 473 | 08/12/2013 | MB | 29744 | 0.30 | 85.00 | 0.00 | Drafting affidavits of Scott Ritcheson and Rita Bristow. |
| 98 | 473 | 08/12/2013 | SR | 29744 | 3.25 | 250.00 | 812.50 | Review of depositions and summaries; Preparation of statement of facts in motion for summary judgment; |
| 99 | 473 | 08/13/2013 | DAR | 29744 | 2.60 | 150.00 | 390.00 | Legal research regarding it; and Drafting of arguments for Motion for Summary Judgment. |
| 100 | 473 | 08/13/2013 | DAR | 29744 | 1.80 | 150.00 | 0.00 | Drafting of arguments for Motion for Summary Judgment. |
| 101 | 473 | 08/13/2013 | SR | 29744 | 4.25 | 250.00 | 562.50 | Review and revise statement of facts in motion for summary judgment; Preparation of affidavits of Rita Bristow and SAR supporting motion; |
| 102 | 473 | 08/13/2013 | MB | 29744 | 0.20 | 85.00 | 17.00 | Correspondence to Rita Bristow regarding affidavit for review/signature. |
| 103 | 473 | 08/14/2013 | MB | 29744 | 2.20 | 85.00 | 187.00 | Finish summarizing deposition of Trena Davis. |
| 104 | 473 | 08/15/2013 | DAR | 29744 | 1.10 | 150.00 | 0.00 | Receipt and review of Trena Davis Deposition transcript. |
| 105 | 473 | 08/19/2013 | DAR | 29744 | 3.60 | 150.00 | 240.00 | Legal research regarding statutory definitions of Ordinary Care; and Drafting of Motion for Summary Judgment. |
| 106 | 473 | 08/19/2013 | MB | 29744 | 3.20 | 85.00 | 0.00 | Organizing and assembling all exhibits for use with motion for summary judgment, as well as highlighting all deposition transcripts for same. |
| 107 | 473 | 08/19/2013 | SR | 29744 | 4.15 | 250.00 | 1037.50 | Review and revision of motion for summary judgment; assemble and review deposition transcripts to be used as summary judgment evidence; |
| 108 | 473 | 08/20/2013 | SR | 29744 | 0.15 | 250.00 | 0.00 | Telephone conference with R. Bristow re revised affidavit; |
| 109 | 473 | 08/20/2013 | DAR | 29744 | 0.90 | 150.00 | 135.00 | Office conference with S. Ritcheson and Telephone conference with Rita Bristow |
| 110 | 473 | 08/20/2013 | DAR | 29744 | 3.10 | 150.00 | 465.00 | Drafting of Motion for Summary Judgment. |
| 111 | 473 | 08/21/2013 | DAR | 29744 | 2.70 | 150.00 | 195.00 | Drafting of Motion for Summary Judgment. |
| 112 | 473 | 08/21/2013 | MB | 29744 | 0.30 | 85.00 | 25.50 | Telephone call with court coordinator regarding filing motion for summary judgment; |
| 113 | 473 | 08/21/2013 | MB | 29744 | 1.50 | 85.00 | 127.50 | Assembling additional packages of summary judgment evidence for filing of same. |
| 114 | 473 | 08/22/2013 | MB | 29744 | 0.30 | 85.00 | 25.50 | Drafting Appendix for Motion for Summary Judgment. |
| 115 | 473 | 08/22/2013 | SR | 29744 | 1.75 | 250.00 | 0.00 | Review and revision of motion for summary judgment; |
| 116 | 473 | 08/22/2013 | DAR | 29744 | 2.10 | 150.00 | 315.00 | Drafting of Motion for Summary Judgment; Office conference with S. Ritcheson |
| 117 | 473 | 08/23/2013 | DAR | 29744 | 3.50 | 150.00 | 525.00 | Review and revision of Motion for Summary Judgment; Office conference with S. Ritcheson regarding Motion and revisions to Motion. |
| 118 | 473 | 08/23/2013 | SR | 29744 | 1.25 | 250.00 | 312.50 | Review and revise motion and supporting evidence; |
| 119 | 473 | 08/23/2013 | MB | 29744 | 1.20 | 85.00 | 0.00 | Final revisions to motion for summary judgment and exhibits for filing. |
| 120 | 473 | 08/29/2013 | MB | 29744 | 0.20 | 85.00 | 17.00 | Telephone call with Patsy Fowler regarding scheduling of MSJ hearing. |
| 121 | 473 | 08/30/2013 | MB | 29744 | 0.20 | 85.00 | 17.00 | Correspondence to counsel regarding motion for summary judgment hearing date. |
| 122 | 473 | 09/04/2013 | SR | 30007 | 0.10 | 250.00 | 25.00 | Preparation of correspondence to client re update on hearing; |
| 123 | 473 | 09/25/2013 | DAR | 30007 | 1.90 | 150.00 | 285.00 | Receipt and review of Plaintiff's Amended Petition; Office conference with S. Ritcheson regarding Amended Petition; and Legal research regarding potential objections to amended pleading. |

SUPP APPX182

| # | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 124 | 473 | 09/26/2013 | DAR | 30007 | 3.10 | 150.00 | 465.00 | Receipt and review of Plaintiff's Answer to Motion for Summary Judgment; Office conference with S. Ritcheson regarding Answer to Motion; and Legal research regarding Plaintiff's objections to summary judgment evidence. |
| 125 | 473 | 09/26/2013 | SR | 30007 | 0.25 | 250.00 | 62.50 | Office conference with D. Ritcheson re response to motion for summary judgment. |
| 126 | 473 | 09/26/2013 | MB | 30007 | 0.30 | 85.00 | 25.50 | Review Plaintiff's Response to Defendants' Motion for Summary Judgment and appendix with evidence for same. |
| 127 | 473 | 09/26/2013 | MB | 30007 | 3.00 | 85.00 | 255.00 | Preparing exhibit notebooks for use at motion for summary judgment hearing. |
| 128 | 473 | 09/27/2013 | SR | 30007 | 0.75 | 250.00 | 187.50 | Receipt and review of response to motion for summary judgment and Plaintiff's summary judgment evidence; |
| 129 | 473 | 10/01/2013 | DAR | 30301 | 1.50 | 150.00 | 225.00 | Legal research regarding **; and Drafting of Objection to Summary Judgment Evidence. |
| 130 | 473 | 10/02/2013 | DAR | 30301 | 0.40 | 150.00 | 60.00 | Drafting of Order Granting Objection to Summary Judgment Evidence. |
| 131 | 473 | 10/02/2013 | DAR | 30301 | 3.80 | 150.00 | 570.00 | Office conference with S. Ritcheson regarding summary judgment hearing; Legal research regarding **. |
| 132 | 473 | 10/02/2013 | SR | 30301 | 2.50 | 250.00 | 625.00 | Prepare for hearing on motion for summary judgment; Telephone conference with D. Monk; |
| 133 | 473 | 10/03/2013 | DAR | 30301 | 1.90 | 150.00 | 285.00 | Office conference with S. Ritcheson regarding preparation for summary judgment hearing; Legal research regarding statutory definitions of reckless as relating to fraudulent misrepresentation; and Drafting of arguments for summary judgment hearing. |
| 134 | 473 | 10/03/2013 | SR | 30301 | 3.50 | 250.00 | 875.00 | Prepare for hearing on motion for summary judgment, arguments and authorities. |
| 135 | 473 | 10/03/2013 | MB | 30301 | 0.30 | 85.00 | 25.50 | Drafting correspondence to Rita Bristow regarding amended affidavit, exhibit CC, E, N, & O for review and signature - for use at motion for summary judgment hearing; telephone call with Rita regarding change to same. |
| 136 | 473 | 10/03/2013 | MB | 30301 | 2.00 | 85.00 | 170.00 | Preparation of exhibit notebooks for use at motion for summary judgment hearing and highlighting exhibits. |
| 137 | 473 | 10/04/2013 | SR | 30301 | 6.00 | 250.00 | 1500.00 | Prepare for hearing on motion for summary judgment; travel to and from Athens; attendance in court for hearing; Telephone conference with D. Monk; |
| 138 | 473 | 10/10/2013 | SR | 30301 | 0.25 | 250.00 | 62.50 | Telephone conference with R. Shackleford; |
| 139 | 473 | 10/10/2013 | DAR | 30301 | 1.10 | 150.00 | 165.00 | Receipt and review of Amended Petition and Amended Counterclaim; Office conference with S. Ritcheson regarding amended pleadings. |
| 140 | 473 | 10/11/2013 | SR | 30301 | 0.15 | 250.00 | 37.50 | Receipt and review of second amended petition and amended counterclaim; |
| 141 | 473 | 10/16/2013 | SR | 30301 | 0.75 | 250.00 | 187.50 | Telephone conference with J. Emmett re motion for summary judgment and efforts to resolve objections to evidence or special exceptions; Preparation of reply to ADT's answer on summary judgment; |
| 142 | 473 | 10/17/2013 | SR | 30301 | 0.10 | 250.00 | 25.00 | Review and revision of reply to MSJ answer; |
| 143 | 473 | 10/17/2013 | MB | 30301 | 0.30 | 85.00 | 25.50 | Draft reply to Defendant's Objection to Motion for Summary Judgment and letter to counsel regarding same. |
| 144 | 473 | 10/17/2013 | MB | 30301 | 0.20 | 85.00 | 17.00 | Correspondence to clerk regarding filing response to the answer to MSJ. |

SUPP APPX183

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 145 | 473 | 10/22/2013 | SR | 30301 | 1.50 | 250.00 | 375.00 | Preparation of correspondence to ''; Preparation of correspondence to L. Babb; Prepare summary of arguments and authorities and prepare to argue motion for summary judgment; Review of most recent pleadings and objections filed by ADT; |
| 146 | 473 | 10/23/2013 | SR | 30301 | 4.75 | 250.00 | 1187.50 | Prepare for hearing on summary judgment motion; travel to and from Athens and attendance in court; Preparation of scheduling order; |
| 147 | 473 | 10/25/2013 | MB | 30301 | 0.20 | 85.00 | 17.00 | Telephone call with John Emmett regarding proposed order after court's hearing. |
| 148 | 473 | 10/28/2013 | MB | 30301 | 0.20 | 85.00 | 17.00 | Telephone call with John Emmett regarding agreed order and deposition of Rita Bristow. |
| 149 | 473 | 10/28/2013 | SR | 30301 | 0.15 | 250.00 | 37.50 | Telephone conference with J. Emmett; |
| 150 | 473 | 10/29/2013 | SR | 30301 | 0.25 | 250.00 | 62.50 | Preparation of correspondence to Court coordinator re proposed order setting hearing; Preparation of correspondence to Rita Bristow. |
| 151 | 473 | 10/31/2013 | MB | 30301 | 0.10 | 85.00 | 8.50 | Correspondence to John Emmett regarding deposition availability of Rita Bristow. |
| 152 | 473 | 11/01/2013 | DAR | 30543 | 1.50 | 150.00 | 225.00 | Receipt and review of Plaintiff's Third Amended Petition, and Office conference with S. Ritcheson regarding Amended Petition and need for amended Answer; and Preparation of Amended Answer. |
| 153 | 473 | 11/04/2013 | DAR | 30543 | 1.90 | 150.00 | 285.00 | Review of deposit agreement and Legal research regarding apportionment of fault; and Drafting of Amended Answer. |
| 154 | 473 | 11/06/2013 | SR | 30543 | 1.75 | 250.00 | 437.50 | Prepare amended disclosure; Review and revision of counterclaim; Telephone conference with R. Bristow; Receipt and review of correspondence from J. Emmett; Preparation of correspondence to J. Emmett; |
| 155 | 473 | 11/11/2013 | SR | 30543 | 0.10 | 250.00 | 25.00 | Receipt and review of supplemental disclosure by plaintiff; |
| 156 | | | | | | | | |
| 157 | Sub-Total to 11/30/2013 | | | | 218.45 | | $ 37,263.00 | |
| 158 | | | | | | | | |
| 159 | Est. Preparing and Arguming Summary Judgment | | | | | | | |
| 160 | | | SR | | 15 | $ 250.00 | 3,750.00 | |
| 161 | | | DAR | | 10 | $ 150.00 | 1,500.00 | |
| 162 | | | MB | | 5 | $ 85.00 | 425.00 | |
| 163 | | | | | | | | |
| 164 | Total: | | | | 248.45 | | $ 42,938.00 | |

546

SUPP APPX184

Client: 4012    CSB
Matter: 0473    American Dream Team

| Matter | Date | ExpCd | Bill | Amount | Narrative |
|---|---|---|---|---|---|
| 473 | 10/05/2012 | POST | 27111 | $ 7.30 | Postage Expense |
| 473 | 10/05/2012 | WEST | 27111 | $ 83.97 | Westlaw Expense |
| 473 | 10/23/2012 | POST | 27111 | $ 9.04 | Postage Expense |
| 473 | 10/30/2012 | COPY | 27111 | $ 34.80 | Photocopy expense |
| 473 | 11/16/2012 | POST | 27327 | $ 5.75 | Postage Expense |
| 473 | 01/30/2013 | COPY | 27840 | $ 1.20 | Photocopy expense |
| 473 | 02/15/2013 | FAX | 28184 | $ 0.50 | Fax charges |
| 473 | 02/15/2013 | POST | 28184 | $ 1.00 | Postage Expense |
| 473 | 02/18/2013 | POST | 28184 | $ 6.11 | Postage Expense |
| 473 | 02/27/2013 | COPY | 28184 | $ 2.60 | Photocopy expense |
| 473 | 05/14/2013 | FAX | 28979 | $ 3.00 | Fax charges |
| 473 | 05/29/2013 | COPY | 28979 | $ 20.20 | Photocopy expense |
| 473 | 05/30/2013 | TE | 29215 | $ 59.33 | Travel Expense to and from Mabank. |
| 473 | 06/04/2013 | FAX | 29215 | $ 1.00 | Fax charges |
| 473 | 06/05/2013 | WEST | 29215 | $ 51.04 | Westlaw Expense (May) |
| 473 | 06/06/2013 | FAX | 29215 | $ 1.00 | Fax charges |
| 473 | 06/12/2013 | MISC | 29215 | $ 1,697.49 | Miscellaneous Expense - Inv. #105835 United American Reporting Svcs. (deposition of R.Blaase and J. Payne and copies of H. McDougald and L.Pitts) |
| 473 | 06/21/2013 | POST | 29215 | 22.40 | Postage Expense |
| 473 | 06/24/2013 | FAX | 29215 | 0.50 | Fax charges |
| 473 | 06/24/2013 | FILE | 29215 | 46.00 | Filing Fee (Henderson County) |
| 473 | 06/26/2013 | COPY | 29215 | 76.40 | Photocopy expense |
| 473 | 07/09/2013 | PACE | 29465 | 2.50 | Pacer Charges - June |
| 473 | 07/09/2013 | WEST | 29465 | 130.27 | Westlaw Expense - June |
| 473 | 07/15/2013 | COPY | 29465 | 5.00 | Photocopy expense |
| 473 | 07/15/2013 | POST | 29465 | 10.01 | Postage Expense |
| 473 | 08/06/2013 | WEST | 29744 | 324.30 | Westlaw Expense-July |
| 473 | 08/09/2013 | COPY | 29744 | 2.40 | Photocopy expense |
| 473 | 08/09/2013 | POST | 29744 | 9.55 | Postage Expense |
| 473 | 08/16/2013 | TRAN | 29744 | 768.75 | Transcript of Trena Davis; Cause No. 2012A-0911 (Inv. #13-1044MR) |
| 473 | 08/23/2013 | POST | 29744 | 26.62 | Postage Expense |
| 473 | 08/30/2013 | COPY | 30007 | 0.40 | Photocopy expense |
| 473 | 08/30/2013 | FAX | 30007 | 1.00 | Fax charges |
| 473 | 08/30/2013 | POST | 30007 | 6.11 | Postage Expense |
| 473 | 09/11/2013 | WEST | 30007 | 218.04 | Westlaw Expense (August) |
| 473 | 10/01/2013 | COPY | 30301 | 171.20 | Photocopy expense |
| 473 | 10/01/2013 | FAX | 30301 | 1.00 | Fax charges |
| 473 | 10/01/2013 | FAX | 30301 | 1.50 | Fax charges |
| 473 | 10/01/2013 | POST | 30301 | 7.70 | Postage Expense |
| 473 | 10/03/2013 | FAX | 30301 | 3.00 | Fax charges |
| 473 | 10/03/2013 | FAX | 30301 | 2.50 | Fax charges |
| 473 | 10/08/2013 | FAX | 30301 | 0.50 | Fax charges |
| 473 | 10/08/2013 | FAX | 30301 | 1.50 | Fax charges |
| 473 | 10/17/2013 | FAX | 30301 | 7.45 | Fax charges |
| 473 | 10/17/2013 | POST | 30301 | 1.00 | Postage Expense |
| 473 | 10/23/2013 | FAX | 30301 | 39.55 | Fax charges |
| 473 | 10/23/2013 | TE | 30301 | 1.00 | Travel Expense: Travel to and from Athens |
| 473 | 10/28/2013 | FAX | 30301 | 1.00 | Fax charges |

| 473 | 10/29/2013 | COPY | 30301 | $ | 5.40 | Photocopy expense |
|-----|-----------|------|-------|---|------|-------------------|
| 473 | 10/30/2013 | FAX | 30543 | $ | 2.00 | Fax charges |
| 473 | 11/04/2013 | FAX | 30543 | $ | 0.50 | Fax charges |
| 473 | 11/06/2013 | COPY | 30543 | $ | 7.20 | Photocopy expense |
| 473 | 11/06/2013 | FAX | 30543 | $ | 25.00 | Fax charges |
| 473 | 11/06/2013 | POST | 30543 | $ | 14.34 | Postage Expense |
| 473 | 11/20/2013 | WEST | 30543 | $ | 163.63 | Westlaw Expense (Oct.) |
| Sub-Total: | | | | $ | 4,091.55 | |

548

SUPP APPX186